UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

FRANCES M. DALE                )
                               )
    Plaintiff              )    Case No.: 16-cv-61294
                               )
v.                             )
                               )
MGMT CORP. d/b/a VERSAILLES    )
COIN LAUNDRY,                  )
                               )
    Defendants             )
_____)

## NOTICE OF SETTLEMENT

COMES NOW, the Plaintiff, FRANCES M. DALE, in accordance with the Court's Local Rule 16-15.7 and the instruction of the Court, Plaintiff hereby submits this Notice of Settlement to Notify the Court that the lawsuit has been settled as to all Defendants, and request ten (10) days in which to execute the settlement agreement and file the dismissal.

Respectfully Submitted,                    Dated:  September 9, 2016


                                                          *s/ Debi Gheorge-Alten*_____
                                                          Debi Gheorge-Alten, Esq.
                                                          Bar Number 123455
                                                          Attorney for Plaintiff
                                                          Debi Gheorge-Alten, P.A.
                                                          E-Mail: daltenlaw@att.net
                                                          P.O. Box 771105
                                                          Coral Springs, FL 33077
                                                          Telephone: (954) 575-9229
                                                          Fax: (954) 575-9339

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 9, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/EMCF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully Submitted,                                        Dated:  September 9, 2016


                                                    *s/ Debi Gheorge-Alten*_____
                                                  Debi Gheorge-Alten, Esq.
                                                  Bar Number 123455
                                                  Attorney for Plaintiff
                                                  Debi Gheorge-Alten, P.A.
                                                  E-Mail: daltenlaw@att.net
                                                  P.O. Box 771105
                                                  Coral Springs, FL 33077
                                                  Telephone: (954) 575-9229
                                                  Fax: (954) 575-9339

## SERVICE LIST

Jay Shehadeh, Esq.
Fl.Bar.No.:  0070617
396 Alhambra Circle, Ste. 100A
Coral Gables, FL  33134
(954)764-6393
Fax: (954)986-6649
jay@jslawfl.com