UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-61294-BLOOM/Valle

FRANCES M. DALE,

    Plaintiff,

v.

MGMT CORP d/b/a VERSAILLES
COIN LAUNDRY,

    Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Settlement, ECF No. [18], reporting the case as having settled. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation for Final Order of Dismissal within **thirty (30) days** of the date of this Order.

2. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 12th day of September, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:    Counsel of Record