UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| FRANCES M. DALE, | ) |
|     Plaintiff | ) Case No.: 0:16-cv-61294 |
| v. | ) |
| MGMT CORP. d/b/a VERSAILLES COIN LAUNDRY, | ) |
|     Defendants | ) |

## VOLUNTARY JOINT STIPULATION
## OF DISMISSAL WITH PREJUDICE

Plaintiff, FRANCES M. DALE, and Defendants, MGMT CORP. d/b/a VERSAILLES COIN LAUNDRY, ("the Parties"), hereby stipulate to the dismissal of the above referenced action with prejudice, pursuant to the parties settlement agreement. The Parties hereby request this Honorable Court enter an Order dismissing this matter with prejudice.

Respectfully submitted this 18th day of October, 2016.

| | |
|---|---|
| DEBI GHEORGE-ALTEN, P.A. | JAY SHEHADEH, P.A. |
| Attorney for Plaintiff | Attorney for Defendants |
| PO Box 771105 | 396 Alhambra Circle, Ste. 100A |
| Coral Springs, FL 33077 | Coral Gables, FL 33134 |
| (954)575-9229 | (954)764-6393 |
| e-mail: daltenlaw@att.net | jay@jslawfl.com |
| | |
| By: *s/*DEBI GHEORGE-ALTEN, Esq. | By:*s/*JALAL SHEHADEH, Esq. |
| Bar No.: 123455 | Bar No: 0070617 |